THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS L. KING, JR., Appellant. [53 NYS3d 854]—Appeal from a judgment of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered November 27, 2013. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree and assault in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted burglary in the second degree (Penal Law §§ 110.00, 140.25 [2]) and assault in the third degree (§ 120.00). Defendant's contention that reversal of the judgment and vacatur of the plea are required because he was not advised that his enhanced sentence could include a term of postrelease supervision is not preserved for our review. Defendant had a reasonable opportunity to challenge the validity of his guilty plea on the same ground now advanced on appeal, or to move to withdraw the plea or otherwise to object to the imposition of postrelease supervision, and he failed to do so (*see People v Williams*, 27 NY3d 212, 214 [2016]; *People v Crowder*, 24 NY3d 1134, 1136-1137 [2015]). Present—Whalen, P.J., Smith, Carni, Curran and Scudder, JJ.